IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR ENRIQUES, : | |
|     *Petitioner*, : | No. 20-cv-2495-JMY |
| : | |
| v. : | |
| : | |
| THE DISTRICT ATTORNEY OF THE : | |
| COUNTY OF PHILADELPHIA, et al, : | |
|     *Respondent*. : | |

## **ORDER**

AND NOW, this 4th day of February, 2022, upon consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey and Petitioner's Objections to the Report and Recommendation, it is ORDERED as follows:

1.    Petitioner's Objections to United States Magistrate Judge Hey's Report and Recommendation are OVERRULED.

2.    The Report and Recommendation is APPROVED and ADOPTED.

3.    The Petition for Writ of Habeas Corpus filed by Victor Enriques is DISMISSED as untimely.

4.    There is no basis for the issuance of a Certificate of Appealability.

IT IS SO ORDERED.

BY THE COURT:

   /s/ John Milton Younge
Judge John Milton Younge